IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CITY OF FALLS CHURCH, VIRGINIA ) ) ) Plaintiff, ) ) v. ) ) ERIC H. HOLDER, *et al.,* ) ) Defendants. ) | Civil No. 1:13-CV-00201 (ABJ-DBS-RJL) Three-Judge Court |

JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE

Plaintiff City of Falls Church, Virginia ("Falls Church") and Defendants Eric H. Holder, Jr., Attorney General of the United States, and Thomas E. Perez, Assistant Attorney General, Civil Rights Division, through counsel, respectfully move this three-judge Court for entry of the attached Consent Judgment and Decree.  As grounds for this motion, the parties would show the following:

1. The complaint in this action was filed on February 15, 2013 by the City of Falls Church, Virginia, against the Attorney General and Assistant Attorney General, pursuant to Section 4(a) of the Voting Rights Act, 42 U.S.C. § 1973b(a).  In this litigation, Falls Church seeks to demonstrate that it meets the statutory requirements of Section 4(a), to allow for bailout from coverage under Section 4(b) of the Act, 42 U.S.C. § 1973b(b).  A declaratory judgment granting bailout exempts the City of Falls Church and the Falls Church School District from the preclearance requirements of Section 5 of the Act, 42 U.S.C. § 1973c.

2. As required by Section 4(a)(9) of the Act, 42 U.S.C. § 1973b(a)(9), the Attorney General has conducted an independent investigation of the independent City of Falls Church and its subjurisdiction, the Falls Church City Public School District, to determine if they have satisfied the necessary requirements for a bailout under Section 4(a). As a result of that investigation, and also based on information provided to the Attorney General by Falls Church City and School District, the Attorney General has determined that Falls Church meets all of the requirements of Section 4(a) and the Attorney General would consent to a declaratory judgment granting bailout under Section 4(a).

3. The parties have conferred concerning a resolution of this litigation and have agreed on the terms of the attached Consent Judgment and Decree, which if entered by this Court, would grant the requested bailout.

4. The enclosed Consent Judgment and Decree is similar to those that have been entered by three-judge courts in other declaratory judgment actions brought in this Court under Section 4(a) of the Voting Rights Act. *See, e.g.*, *New Hampshire v. Holder*, No. 12-1854 (D.D.C. March 1, 2013); *Carroll Cnty. v. Holder*, No. 12-1166 (D.D.C. Nov. 30, 2012); *Craig Cnty. v. Holder*, No. 12-1179 (D.D.C. Nov. 29, 2012); *Merced Cnty. v. Holder*, No. 12-00354 (D.D.C. Aug. 31, 2012); *Grayson Cnty. v. Holder*, No. 12-718 (D.D.C. July 20, 2012); *Wythe Cnty. v. Holder*, No. 12-719 (D.D.C. June 18, 2012); *City of Williamsburg v. Holder*, No. 11-1415 (D.D.C. Nov. 28, 2011); *James City Cnty. v. Holder*, No. 11-1425 (D.D.C. Nov. 9, 2011); *Culpeper Cnty. v. Holder*, No. 11-1477 (D.D.C. Oct. 3, 2011); *City of Bedford v. Holder*, No. 11-0473 (D.D.C. Aug. 31, 2011); *Bedford Cnty. v. Holder*, No. 11-0499 (D.D.C. Aug. 30, 2011); *Rappahannock Cnty. v. Holder*, No. 11-1123 (D.D.C. Aug. 9, 2011); *City of Manassas Park v. Holder*, No. 11-749 (D.D.C. Aug. 3, 2011); *Amherst Cnty. v. Mukasey*, No. 08-780 (D.D.C. Aug.

13, 2008); *Middlesex Cnty. v. Gonzales*, No. 07-1485 (D.D.C. Jan. 7, 2008).  Information on bailout cases is available on the Department of Justice's website at www.justice.gov/crt/about/vot/misc/sec_4.php.

     5.     The parties respectfully request that this Court delay entry of the enclosed Consent Judgment and Decree for 30 days after the filing of this Joint Motion, so that the covered jurisdiction can publish notice of the proposed settlement pursuant to Section 4(a)(4) of the Act, 42 U.S.C. § 1973b(a)(4).

     For the reasons above and as set forth in the attached Consent Judgment and Decree, the parties respectfully request that this Court grant the Joint Motion and enter the attached Consent Judgment and Decree.

Respectfully submitted:

*/s/ J. Gerald Hebert*

_____

J. GERALD HEBERT
D.C. Bar No. 447676
Attorney at Law
191 Somervelle Street, #405
Alexandria, VA  22304
Tel: (703) 628-4673
hebert@voterlaw.com

JOHN E. FOSTER
City Attorney
300 Park Avenue
Suite 302 East
Falls Church, VA  22046
Tel. (703) 248-5010
jfoster@fallschurchva.gov

*Counsel for Plaintiff*
*City of Falls Church, Virginia*

Dated:  April 25, 2013

                        Respectfully submitted:

| | |
|---|---|
| RONALD C. MACHEN, JR.<br>United States Attorney<br>District of Columbia | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division<br><br>*/s/  Jenigh J. Garrett*<br>_____<br>T. CHRISTIAN HERREN, JR.<br>SARABETH DONOVAN<br>JENIGH J. GARRETT<br>ANGELA J. MILLER<br>Attorneys<br>Voting Section<br>Civil Rights Division<br>United States Department of Justice<br>Room 7254 - NWB<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C.  20530<br>Tel: (202) 305-4777<br>Fax: (202) 307-3961<br>sarabeth.donovan@usdoj.gov<br>jenigh.garrett@usdoj.gov<br>angela.miller5@usdoj.gov<br><br>*Counsel for Defendants*<br>*Attorney General of the United States and*<br>*Assistant Attorney General,*<br>*Civil Rights Division* |

Dated:  April 25, 2013

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of April, 2013, I served a copy of the foregoing Joint Motion for Entry of Consent Judgment and Decree by filing the same in this Court's ECF system, which will provide electronic notice to all counsel of record.

/s/ *Jenigh J. Garrett*
_____
JENIGH J. GARRETT
Attorney, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. N.W., NWB-7254
Washington, D.C.  20530
Tel:  (202) 305-4777
Fax:  (202) 307-3961
jenigh.garrett@usdoj.gov